IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DURAN,

    Plaintiff,

  vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

    Defendants.

No. 2:14-cv-1080-CMK-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

On October 15, 2015,[1] the court directed plaintiff to file an amended complaint within 30 days. Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.

---

[1] The court's order was originally filed and served on June 24, 2015. However, service of the order was returned as the prison could not identify plaintiff. The court re-served the order, with plaintiff's correct inmate number, on October 15, 2015. Service was not returned thereafter.

1

1 | See Local Rule 110.  To date, plaintiff has not filed an amended complaint.
2 |       Plaintiff shall show cause in writing, within 30 days of the date of this order, why
3 | this action should not be dismissed for failure to file an amended complaint.  Plaintiff is again
4 | warned that failure to respond to this order may result in dismissal of the action for the reasons
5 | outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.
6 |       IT IS SO ORDERED.

DATED: December 21, 2015

                                                                                **CRAIG M. KELLISON**
                                                                                UNITED STATES MAGISTRATE JUDGE